B6B (Official Form 6B) (12/07)

In re **James Wilfred Nevis,**
     **Kelea Michele Nevis** Case No. **10-10053**
                                    ,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | $13.00 | C | 13.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | $29.76 at Umpqua<br>805 11th St<br>Lakeport, CA | C | 29.26 |
| | | | Mendocino County Savings Bank<br>200 North School Street<br>Ukiah, CA 95482-4811<br>checking account | C | 150.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Sofa, bed, chairs, table, hutch, etc<br>household goods and furnishings<br>broken hot tub | C | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. Wedding Albums, Scrapbooks, Artwork by Kelea and Appraisal and Real Estate Educational Books, 12 metal sculptures, yard ornaments, other miscellaneous paintings<br>not item more than $525 | C | 750.00 |
| | | | Oil painting by Charles Bragg<br>Charge of the very light brigade<br>3 general riding a tricycle<br>purchased for $600 in 1962 | C | 2,000.00 |
| | | | Oil Painting by Will Bullas<br>Cowboy Saint | C | 1,000.00 |
| | | | Back Bar Incomplete | C | 1,000.00 |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | | Diamond Wedding Ring, Gold Wedding Band | C | 1,300.00 |

                                                                       Sub-Total >        **8,742.26**
                                                                   (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

In re **James Wilfred Nevis,**
**Kelea Michele Nevis** Case No. **10-10053**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | | **Dean Witter Annuity**<br>**monthly payments**<br>**No cash value** | C | 119.00 |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Approximately 55,000 shares of stock in Angel & Associates** | C | 10,000.00 |
| 14. | Interests in partnerships or joint ventures. Itemize. | | **Wage claim of approximately $50,000**<br>**Against Angel and Associates GP**<br>**PO Box 4618**<br>**Santa Rosa, CA 95403** | C | 50,000.00 |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Michelle Vaughn**<br>**North Dakota**<br>**owes debtors $15,000** | C | 10,000.00 |

Sub-Total >   **70,119.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re   **James Wilfred Nevis,**
      **Kelea Michele Nevis**
                                                                 Debtors

Case No.   **10-10053**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chrysler 300C 50K miles, with existing damage | C | 4,000.00 |
| | | 2007 Ford Escape Hybrid w/50K miles | C | 14,000.00 |
| | | 2006 Chevrolet SSR Truck w/16K | C | 15,000.00 |
| | | 2003 Ford 350 w/92K | C | 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                                                        Sub-Total >     **40,000.00**
                                                                        (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **James Wilfred Nevis,**
**Kelea Michele Nevis**, Case No. **10-10053**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 rescued dogs, 1 rescued horse | C | 100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | 1 horse tailer and 1 hay trailer | C | 1,300.00 |
| 34. Farm supplies, chemicals, and feed. | | 4 bales of hay; dog food | C | 40.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | Merrit Electric vehicle 3 wheeler | C | 700.00 |

Sub-Total >  **2,140.00**
(Total of this page)
Total >  **121,001.26**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Case: 10-10053   Doc# 21   Filed: 03/05/10   Entered: 03/05/10 15:35:12   Page 4 of 6
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  **James Wilfred Nevis,**  Case No. __**10-10053**__
   **Kelea Michele Nevis**
   _____,
            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 2945 Lakeshore Blvd, Lakeport, CA 95453, Single Family Residence | C.C.P. § 703.140(b)(1) | 0.00 | 290,000.00 |
| 5620 Live Oak Drive, Kelseyville, CA 95451 | C.C.P. § 703.140(b)(5) | 0.00 | 90,000.00 |
| 14810 Laguna Vista, Clearlake, CA 95422, single family residence with manufactured home Not occupied. | C.C.P. § 703.140(b)(5) | 0.00 | 85,000.00 |
| **Cash on Hand** | | | |
| $13.00 | C.C.P. § 703.140(b)(5) | 13.00 | 13.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| $29.76 at Umpqua 805 11th St Lakeport, CA | C.C.P. § 703.140(b)(5) | 29.26 | 29.26 |
| Mendocino County Savings Bank 200 North School Street Ukiah, CA 95482-4811 checking account | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |
| **Household Goods and Furnishings** | | | |
| Sofa, bed, chairs, table, hutch, etc household goods and furnishings broken hot tub | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. Wedding Albums, Scrapbooks, Artwork by Kelea and Appraisal and Real Estate Educational Books, 12 metal sculptures, yard ornaments, other miscellaneous paintings not item more than $525 | C.C.P. § 703.140(b)(3) | 750.00 | 750.00 |
| Oil painting by Charles Bragg Charge of the very light brigade 3 general riding a tricycle purchased for $600 in 1962 | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Oil Painting by Will Bullas Cowboy Saint | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Back Bar Incomplete | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Diamond Wedding Ring, Gold Wedding Band | C.C.P. § 703.140(b)(4) | 1,300.00 | 1,300.00 |

__**1**__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

In re **James Wilfred Nevis,**
**Kelea Michele Nevis** ,
Case No. **10-10053**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Annuities** | | | |
| Dean Witter Annuity monthly payments No cash value | C.C.P. § 703.140(b)(10)(E) | 119.00 | 119.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Chrysler 300C 50K miles, with existing damage | C.C.P. § 703.140(b)(2) C.C.P. § 703.140(b)(5) | 3,300.00 1,300.00 | 4,000.00 |
| 2003 Ford 350 w/92K | C.C.P. § 703.140(b)(5) | 15,000.00 | 7,000.00 |
| **Animals** | | | |
| 3 rescued dogs, 1 rescued horse | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Farming Equipment and Implements** | | | |
| 1 horse tailer and 1 hay trailer | C.C.P. § 703.140(b)(5) | 1,300.00 | 1,300.00 |
| **Farm Supplies, Chemicals, and Feed** | | | |
| 4 bales of hay; dog food | C.C.P. § 703.140(b)(3) food for animals | 40.00 | 40.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Merrit Electric vehicle 3 wheeler | C.C.P. § 703.140(b)(9) | 700.00 | 700.00 |
| | Total: | 30,601.26 | 487,001.26 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt